MAYBERRY and others v. THE STATE.

A motion in the name of the State as plaintiff, will not lie against a tax collector, for failing to pay over the county tax.

ON notice and motion by the county treasurer, the County Court of Bibb rendered a judgement in favor of the State of Alabama, for the use of Bibb county, against George Mayberry, tax collector for the county, for the year 1824, and his securities in his bond of office, for $449 81, the amount of the county tax for that year, and $67 47, fifteen per cent damages thereon. They prosecuted a writ of error to this Court.

JUDGE GAYLE delivered the opinion of the Court.

THE question presented for our decision is, did the law authorize the motion and judgement in the name of the State as plaintiff? The bond was made payable to Israel Pickens, Governor, &c. and his successors in office. The counsel on behalf of the county contends, that by

reference to the statutes on this subject, it will appear that such proceeding against a tax collector must be in the name of the State. We have examined the statutes; they no where direct who shall be plaintiff on the record. The proceedings should have been in the name of the obligee or his successor, the party having the legal interest in the bond. Judgement reversed.

SULLIVAN and THORINGTON, for plaintiffs.

CLARKE, for defendant in error.

NOTE. See Laws Ala. 769, 772, &c. Armstrong, et al, v. State, Minor's Ala. Rep. 160.